**RECEIVED**

JUN 2 2 2015

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Mae Dennis Nelson )
**NAME OF THE PLAINTIFF** )
)
           - vs -    (Mcdonalds) )
Dean Short  (owner) )  Case No. 440-2014-05350
)
Short Enterprises )
)
102 Transcraft )  JURY TRIAL DEMANDED
)
Anna, IL 62906 )  YES\_\_\_  NO\_\_\_
**NAME OF THE DEFENDANT OR** )
**DEFENDANTS** (Enter above the full name(s) of )
ALL defendant(s) in this lawsuit. Please )
attach additional sheets if necessary. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

**X**  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

\_\_\_\_  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

**X**  American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_X_ Other (Describe)
Retaliation

## PARTIES

2. Plaintiff's name: Mae Dennis Nelson

   Plaintiff's address: 717 West Park Street
   Street address or P.O. Box

   DuQuoin, IL 62832
   City/ County/ State/Zip Code

   (618) 571-3421
   Area code and telephone number

3. Defendant's name: Dean Short Owner Short Enterprises

   Defendant's address: 102 Transcraft
   Street address or P.O. Box

   Anna, IL 62906
   City/County/State/ Zip Code

   618 833-3999
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)          (City/County)          (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

_____

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

____ Yes   Date filed: _____

____ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

_X_ Yes   Date filed: Sept 15, 2014

____ No

8. Have you received a Notice of Right-to-Sue Letter?

_X_ Yes                              ____ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

__X__ termination of my employment

____ failure to promote me

__X__ failure to accommodate my disability

____ terms and conditions of my employment differ from those of similar employees

__X__ retaliation

__X__ harassment

____ other conduct (specify): _____

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

__X__ Yes          ____ No

11. I believe that I was discriminated against because of my (check all that apply):

\_\_\_\_ race

\_\_\_\_ religion

\_\_\_\_ national origin

\_\_\_\_ color

\_\_\_\_ gender

__X__ disability

\_\_\_\_ age (my birth date is: _____ )

\_\_\_\_ other: _____

Did you state the same reason(s) in your charge of discrimination?

__X__ Yes     \_\_\_\_ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

On May 25-29-31 Brittney (GM) harass me about my disabilities in an unprofessional way. Yelling at me about why I am wearing braces on my hand, why I can't do the fry station. She refused to read my doctor's order when I delivered it saying, "I'm to damn busy." I asked why she cut my hours, she rolled her eyes and ignored me. She refused to let me wear gloves on my carpal tunnel braces, located in the wrist, because

I'm costing Short Enterprises money. After she left Corey Messamore became new General Manager. From June 4, 2014 - July 19, 2014, Corey would make statements such as "Your pissing me off," "what the hell you want," and "your working to damn slow." He would provoke me by envading my personal space. He refused to accepts my doctor's orders and cut my hours. GM Corey Messamore yelled at me saying, "I need to talk to you," but I was off the clock. As I was leaving the resturante he yelled across the room I was suspended, humiliating me in front of co-workers and customers. On July 19 2014 I refused to sign written document about me showing misconduct when it wasn't true. Since I didn't sign Corey Messamore document I was fired.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

\_\_\_\_\_ are still being committed by the defendant.

\_\_\_\_\_ are no longer being committed by the defendant.

__X__ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

Justice for myself fine the Respondent Short Enterprises Inc., and respondent be accountible for their actions for all my sufferings.

Signed this 22 day of June, 2015.

_____
Signature of Plaintiff